THE MOORE SECURITIES COMPANY, a corporation, et al., complainants,

*v.*

KARL SCHAFFER, defendant.

[Determined April 23d, 1924.]

On bill to quiet title. On final hearing.

*Messrs. Cole & Cole,* for the complainants.

*Mr. John S. Westcott,* for the defendant.

INGERSOLL, V. C.,

The bill to quiet title must be dismissed. There is no convincing proof that the statutory requirement to foreclose the right of redemption of the property has not been fully complied with.